*103 A.3d 1215*

IN THE MATTER OF FRANCIS J. FALKENSTEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 041362005).

December 12, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–071, concluding that **FRANCIS J. FALKENSTEIN** of **CHERRY HILL,** who was admitted to the bar of this State in 2005, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 1.16(b)(4) (failure to terminate the representation of a client when the client insists upon taking action with which the lawyer fundamentally disagrees), *RPC* 5.5(a)(1) (practicing law while ineligible), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **FRANCIS J. FALKENSTEIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.